**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1813**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     versus

1215 LITTLE CREEK ROAD, CHESTER, MARYLAND
21619, with all buildings, appurtenances, and
improvements thereon,

                Defendant,

     versus

LAMONT VINCENT POLLARD,

                Claimant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:05-cv-01531-CCB)

———————

Submitted: February 15, 2007     Decided: February 20, 2007

———————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lamont Vincent Pollard, Appellant Pro Se. Richard Charles Kay,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont Vincent Pollard appeals the district court's order granting the Government's motion for summary judgment, finding certain real property subject to forfeiture, and the court's order denying Pollard's motion to stay and to alter/amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Pollard</u>, No. 1:05-cv-01531-CCB (D. Md. Feb. 28, 2006; June 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>